AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | | |
|---|---|---|
| Darrell L Goss | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.      2:19-cv-02469-BHH |
| Shontate Morley, Mary Brumeucchi, Christine Long, | ) | |
| S.C. Department of Corrections, Bryan P. Striling, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Darrell L Goss, shall take nothing of Defendants, Shontate Morley, Mary Brumeucchi, Christine
Long, S.C. Department of Corrections, Bryan P. Striling, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this
action is dismissed in its entirety.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.  The Court having adopted
the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:   September 9, 2021                              *ROBIN L. BLUME, CLERK OF COURT*

                                                          s/H.Cornwell
                                    _____
                                              *Signature of Clerk or Deputy Clerk*